# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Siemens Industry, Inc. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:13cv1088 |
| | ) |
| | ) |
| Greenwich Equity Group, LLC | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on 5/12/2014 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiff Siemens Industry, Inc. and against the Defendant Greenwich Equity Group, LLC in the amount of $422,137.70 for unpaid invoices, plus $145,302.01 in contractual interest for interest owed up to December 10, 2013, plus contractual interest due from December 11, 2013 to the date of judgment to be calculated at a rate of $211.07 per day, plus $400 in costs, with post-judgment statutory interest at the rate prescribed by 28 U.S.C. § 1961.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
Kathy Lau
Deputy Clerk

Dated: 5/13/2014
Alexandria, Virginia